**No. 10-6995. Israel Arellano-Arellano, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 616, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 8933.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 295.

**No. 10-7008. Donald Duhart, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 617, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 8910.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 814.

**No. 10-7010. Armard Jerome Davis, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 617, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 8847.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 935.

**No. 10-7012. Stephen M. Levy, aka Reallybad@aol.com, aka Steve Levy, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 617, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 9004.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 385 Fed. Appx. 20.

**No. 10-7014. John Alvin Roe, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 617, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 8976.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 606 F.3d 180.

**No. 10-7015. Divine Justice Reddick, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 617, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 8996.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 288.

**No. 10-7019. Daniel Earl Eyster, aka Daniel Eyster, Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 618, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 8850.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 386 Fed. Appx. 180.

**No. 10-7022. Larry W. Ledet, Jr., Petitioner v. United States.**

562 U.S. 1051, 131 S. Ct. 618, 178 L. Ed. 2d 448, 2010 U.S. LEXIS 8919.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 385 Fed. Appx. 392.